**Dismissed and Memorandum Opinion filed May 30, 2013.**



In The

# Fourteenth Court of Appeals

## NO. 14-12-01046-CV

### JOHN PAYNE SMITH, Appellant

### V.

### ELSA ISELA JACQUEZ-SMITH, Appellee

**On Appeal from the 312th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-30875**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed September 28, 2012. The clerk's record was filed February 22, 2013. No reporter's record or brief was filed.

On April 11, 2013, this court issued an order stating that unless appellant submitted a brief on or before May 9, 2013, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no response.  Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Boyce, Jamison, and Busby.